# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WHITE, | : | Civil No. 1:21-CV-00781 |
| Plaintiff, | : | |
| v. | : | |
| LYCOMING COUNTY PRISON, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 31st day of July, 2023, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motion to dismiss the fourth amended complaint for failure to state a claim, Doc. 81, is **GRANTED**.

2. The fourth amended complaint, Doc. 62, is **DISMISSED** with prejudice.

3. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania